UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF TARA O'LEARY, deceased, by EILEEN DEVLIN and COLEEN WINTERS, Co-Administratrix *ad Prosequendum* of the Estate of Tara O'Leary; ESTATE OF LYDIA JOY PERRY, deceased, by VIVIAN KALE and JANET FANDEL, Co-Administratrix *ad Prosequendum* of the Estate of Lydia Joy Perry,<br>Plaintiffs,<br><br>vs.<br><br>DEBRA SLOAN, individually, and as agent, servant, and/or employee of the State Defendants and/or The ARC of Hunterdon County; STATE OF NEW JERSEY; DEPARTMENT OF HUMAN SERVICES-DIVISION OF DEVELOPMENTAL DISABILITIES; BRIDGET GRIMES, individually, and as agent, servant, and/or employee of the State Defendants; JENNIFER VELEZ, individually, and in her capacity as the Commissioner of the State Department of Human Services; MARION FENWICK, individually, and as agent, servant, and/or employee of the State Defendants; MARGE BRIEGEL, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; KENNETH RITCHLEY, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; ROBERT HARBOLD, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; THE ARC OF HUNTERDON COUNTY; JOHN & JANE DOES 1 - 50 (said names fictitious, real names unknown), individually, and as policymakers, management, supervisors, agents, servants, and/or employees of the State Defendants, The ARC of Hunterdon County, or of the ABC CORPS. 1 - 10 (said names fictitious, real names unknown),<br>Defendants. | CASE NO. 3:12-cv-2625<br><br>RECEIVED<br>APR 28 2016<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK<br><br>ORDER OF SETTLEMENT |

This matter having come before the Court by Eric G. Kahn, co-counsel for the Plaintiff, the Estate of Tara O'Leary, by Administratrix ad Prosequendum, Colleen Winters; and Patrick Whalen, co-counsel for the Plaintiff, the Estate of Tara O'Leary by Administratrix ad Prosequendum, Eileen Devlin; and Kevin Terhune, attorney for the State of New Jersey, Department of Human Services, Division of Developmental Disabilities,

Jennifer Velez, Marion Fenwick, Marge Briegel, Kenneth Ritchley and Robert Harbold, and the attorneys for the parties having arrived at a settlement of the Plaintiff's claim between the Plaintiff and these Defendants on April 20, 2016; and a prior settlement having been reached with the Defendant, Arc of Hunterdon; and the Court being satisfied that the settlement amount is fair and reasonable and in the best interests of the parties:

IT IS on this 26th day of April, 2016, ORDERED and ADJUDGED that:

1. This matter is settled on behalf of the Estate of Tara O'Leary, in the gross amount of $2,100,000.00 as to the State Defendants, $75,000.00 as to the Defendant Arc of Hunterdon, and a Medicaid lien waiver by the State Defendants in the amount of $42,102.36, for a total settlement of $2,217,102.36.

2. The State of New Jersey shall forward 1 check in the amount of $2,100,000.00 made payable to "Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins Trust Account".

3. The following deductions shall be made from this gross settlement:

a. $650,183.47 to be paid to Plaintiffs' attorneys which reimburses $68,185.72 for actual disbursements, costs and expenses and satisfies the attorneys' blended contingent fee of 27.083% totaling $581,997.75.

4. The attorney for the Plaintiffs shall deliver a copy of this Order to all parties within 5 days of the date hereof.

Anne E. Thompson, U.S.D.J.