# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF TARA O'LEARY, deceased, by EILEEN DEVLIN and COLEEN WINTERS, Co-Administratrix *ad Prosequendum* of the Estate of Tara O'Leary; ESTATE OF LYDIA JOY PERRY, deceased, by VIVIAN KALE and JANET FANDEL, Co-Administratrix *ad Prosequendum* of the Estate of Lydia Joy Perry,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>DEBRA SLOAN, individually, and as agent, servant, and/or employee of the State Defendants and/or The ARC of Hunterdon County; STATE OF NEW JERSEY; DEPARTMENT OF HUMAN SERVICES-DIVISION OF DEVELOPMENTAL DISABILITIES; BRIDGET GRIMES, individually, and as agent, servant, and/or employee of the State Defendants; JENNIFER VELEZ, individually, and in her capacity as the Commissioner of the State Department of Human Services; MARION FENWICK, individually, and as agent, servant, and/or employee of the State Defendants; MARGE BRIEGEL, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; KENNETH RITCHLEY, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; ROBERT HARBOLD, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; THE ARC OF HUNTERDON COUNTY; JOHN & JANE DOES 1 – 50 (said names fictitious, real names unknown), individually, and as policymakers, management, supervisors, agents, servants, and/or employees of the State Defendants, The ARC of Hunterdon County, or of the ABC CORPS. 1 – 10 (said names fictitious, real names unknown),<br>　　　　　Defendants. | CASE NO.: 3:12-cv-2625<br><br>**ORDER OF SETTLEMENT**<br><br><br>R E C E I V E D<br><br>MAY 1 3 2016<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

　　　This matter having come before the Court by Patrick J. Whalen, Esquire, Counsel for Plaintiff The Estate of Lydia Joy Perry, by Vivian Kale *Administratrix ad Prosequendum*; and Kevin Terhune, Deputy Attorney General, attorney for the State of New Jersey, Department of Human Services, Division Developmental Disabilities, Jennifer Velez, Marion Fenwick, Marge Briegel, Kenneth Ritchley and Robert Harbold, and the attorneys for the parties having arrived at a settlement of the Plaintiff's claim between the Plaintiff The Estate of Lydia Joy Perry, and these Defendants on April 20, 2016; and a prior settlement having been reached with the

Defendant, Arc of Hunterdon; and the Court being satisfied that the settlement amount is fair and reasonable and in the best interests of the parties:

IT IS on this 12th day of May, 2016, **ORDERED** and **ADJUDGED** that:

1. This matter is settled on behalf of the Estate of Lydia Joy Perry, in the gross amount of $425,000.00 as to the State Defendants, and a Medicaid lien waiver by the State Defendants in the amount of $162,307.34, for a total settlement of $587,307.34.

2. The State of New Jersey shall forward 1 check in the amount of $425,000.00, made payable to "Patrick J. Whalen – Attorney Trust Account".

3. The attorney for the Plaintiff shall deliver a copy of this Order to all parties within 7 days of the date hereof.

*Anne E. Thompson*

Anne E. Thompson, U.S.D.J.