NOT FOR PUBLICATION

RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OCT 25 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ESTATE OF TARA O'LEARY, deceased, by EILEEN DEVLIN and COLEEN WINTERS, Co-Administratrix *ad Prosequendum* of the Estate of Tara O'Leary; ESTATE OF LYDIA JOY PERRY, deceased, by VIVIAN KALE and JANET FANDEL, Co-Administratrix *ad Prosequendum* of the Estate of Lydia Joy Perry, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA SLOAN, individually, and as agent, servant, and/or employee of the State Defendants and/or The ARC of Hunterdon County; STATE OF NEW JERSEY; DEPARTMENT OF HUMAN SERVICES DIVISION OF DEVELOPMENTAL DISABILITIES; BRIDGET GRIMES, individually, and as agent, servant, and/or employee of the State Defendants; JENNIFER VELEZ, individually, and in her capacity as the Commissioner of the State Department of Human Services; MARION FENWICK, individually, and as agent, servant, and/or employee of the State Defendants; MARGE BRIEGEL, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; KENNETH RITCHLEY, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; ROBERT HARBOLD, individually, and as agent, servant, and/or employee of the State Defendants and/or the ARC of Hunterdon County; THE ARC OF HUNTERDON COUNTY; JOHN & JANE DOES 1 - 50 (said names fictitious, real names unknown), individually, and as policymakers, management, supervisors, agents, servants, and/or employees of the State Defendants, The ARC of Hunterdon County, or of the ABC CORPS. I - IO (said names fictitious, real names unknown), <br><br> Defendants. | Civ. No. 12-2625 <br><br> **MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

1

This matter having come before the Court upon the Motion of Plaintiff, the Estate of Tara O'Leary, by co-administratrix *ad prosequendum,* Colleen Winters to Enforce Settlement and Compel Execution of the Settlement Agreement against co-administratrix *ad prosequendum* Eileen Devlin (ECF No. 87); and Defendants State of New Jersey, Department of Human Services-Division of Developmental Disabilities, Jennifer Velez, Marion Fenwick, Marge Briegel, Kenneth Ritchley and Robert Harbold ("State Defendants") having joined in Plaintiff's Motion (ECF No. 88); and co-administratrix *ad prosequendum,* Eileen Devlin, having replied to Plaintiff's Motion (ECF No. 89); and

IT APPEARING that Plaintiff Estate of Tara O'Leary and the State Defendants entered into a final settlement agreement and the Court entered an Order of Settlement reflecting such agreement on April 28, 2016 (ECF No. 80); and it

APPEARING that co-administratrix *ad prosequendum,* Eileen Devlin, representing Plaintiff, the Estate of Tara O'Leary, refuses to execute the settlement documents (ECF No. 89);

IT IS on this 24th day of October 2016,

ORDERED that Plaintiff's Motion to Enforce Settlement and Compel Execution of the Settlement Agreement is GRANTED; and it is further

ORDERED that the settlement in the amount of $2,100,000.00 as to the State Defendants be and is hereby enforced; and it is further

ORDERED that co-administratrix *ad prosequendum*, Eileen Devlin, execute the settlement documents, or locate a replacement co-administratrix *ad prosequendum* to execute the settlement documents, within ten (10) days of this Order.

ANNE E. THOMPSON, U.S.D.J.

2