RECEIVED

DEC 29 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
PO Box 116
Trenton, New Jersey 08625
Attorney for Defendant, State of New Jersey and
Department of Human Services

By: Kevin A. Terhune, DAG (049901996)
    Deputy Attorney General
    609-292-6116
    Kevin.Terhune@lps.state.nj.us

| | |
|---|---|
| ESTATE OF TARA O'LEARY, deceased, by EILEEN DEVLIN and MAUREEN BALLAND-APPANEAL, co-Administratrix ad Prosequendum of the Estate of Tary O'Leary; ESTATE OF LYDIA JOY PERRY, deceased, by Vivian Kale and Janet Fandel, Co-Administratrix ad Prosequendum of the Estate of Lydia Joy Perry<br><br>    Plaintiffs,<br>v.<br><br>DEBRA SLOAN, individually and as agent, servant, and/or employee of the State of Defendants and/or the ARC of Hunterdon County; STATE OF NEW JERSEY; DEPARTMENT OF HUMAN SERVICES-DIVISION OF DEVELOPMENTAL DISABILITIES et al.<br><br>    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION MERCER COUNTY<br><br>Civil Action No.:3:12-CV-02625<br><br><u>CIVIL ACTION</u><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

This matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiff's complaint is voluntarily

dismissed against the State of New Jersey and the Department of Human Services and its employees, with prejudice and without costs.

JAVERBAUM, WURGAFT, HICKS,  
KAHN, WIKSTROM & SININS

ROBERT LOUGY  
ACTING ATTORNEY GENERAL OF NEW JERSEY

_____  
Eric G. Kahn, Esquire  
Attorney for Plaintiff

By: _____  
Kevin A. Terhune  
Deputy Attorney General

DATED: 8/4/16

So Ordered:

_____  
HON. ANN E. THOMPSON, USDJ  
12-22-16

7